**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2762**

———————

BARBARA ANN PARKER,

                                        Plaintiff - Appellant,

        versus

DEPARTMENT OF JUSTICE; SECRETARY OF THE NAVY;
UNITED STATES ATTORNEY,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge. (CA-
97-632-CCB)

———————

Submitted:  March 12, 1998          Decided:  March 23, 1998

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Barbara Ann Parker, Appellant Pro Se.  Albert David Copperthite,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barbara Ann Parker appeals the district court's order granting the Defendants' motion for summary judgment in Parker's civil action seeking to correct her Naval records to reflect an amended retirement date. See 10 U.S.C. § 1552(a)(1) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Parker v. Department of Justice, No. CA-97-632-CCB (D. Md. Nov. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED